FELICE JOHN VITI, Acting United States Attorney (#7007)
PETER REICHMAN, Special Assistant United States Attorney (#15241)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 380-4678
Email: peterr@utahcounty.gov

FILED US District Court-UT
JUL 16 '25 PM 12:35

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SIMON ARELEQUIN TELLEZ-ROSALES,<br><br>Defendant. | INDICTMENT<br><br>Count I: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute (> 400 grams)<br><br>Count II: 8 U.S.C. § 1326, Reentry of a Previously Removed Alien<br><br>Case: 2:25-cr-00279<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 7/15/2025 |

The Grand Jury Charges:

<u>COUNT I</u>
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about July 10, 2025, in the District of Utah,

SIMON ARELEQUIN TELLEZ-ROSALES,

1

defendant herein, did knowingly and intentionally possess with intent to distribute four hundred (400) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-( 2-phenylethyl )-4-piperidinyl] propanamide ("Fentanyl"), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

COUNT II
8 U.S.C. § 1326
(Reentry of a Previously Removed Alien)

On or about July 10, 2025, in the District of Utah,

SIMON ARELEQUIN TELLEZ-ROSALES,

the defendant herein, an alien who on or about September 9, 2022, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the United States Department of Homeland Security to reapply for admission into the

//
//
//
//
//

United States; all in violation of 8 U.S.C. § 1326(a) and punishable pursuant to 8 U.S.C. § 1326(b)(2).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

FELICE JOHN VITI
Acting United States Attorney

PETER REICHMAN
Special Assistant United States Attorney